■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE RENTAS, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 23, 1964, convicting him of attempted possession of a narcotic drug (Penal Law, § 1751, subd. 3), on his plea of guilty, and sentencing him as a second felony offender to a prison term of 7½ to 10 years.

The appeal is solely on the ground that the sentence was so excessive as to constitute an abuse of discretion. Judgment modified, on the law and the facts by reducing the sentence to 5 to 10 years. As so modified, judgment affirmed. In our opinion, the sentence imposed was excessive. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.